IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-002

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARVIN MARCO GRAHAM | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion for Early Termination of Probation/Supervised Release [doc. # 58] filed on August 9, 2017. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: August 16, 2017

Graham C. Mullen
United States District Judge